1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     LARRY E. TOMBS,                              No.  2:13-cv-1341 KJN P

12                    Plaintiff,

13            v.                                     ORDER

14     RON RACKLY, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18     U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19     required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff will be provided the

20     opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

21     pauperis or to submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

24     support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

25     the appropriate filing fee; any application to proceed in forma pauperis must be prepared on the

26     form provided with this order and must bear the case number assigned to this action; plaintiff's

27     failure to comply with this order may result in the dismissal of this action; and

28     ////

                                                    1

1    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2    Forma Pauperis By a Prisoner.

3    Dated:  July 17, 2013

4                                                          _____
                                                           KENDALL J. NEWMAN
5                                                          UNITED STATES MAGISTRATE JUDGE

6

7    tomb1341.3a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28