1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY E. TOMBS,                          No.  2:13-cv-1341 JAM KJN P

12                 Plaintiff,

13        v.                                  FINDINGS & RECOMMENDATIONS

14   WARDEN RON RACKLEY, et al.,

15                 Defendants.

16

17        By order filed April 21, 2014, plaintiff's amended complaint was dismissed and thirty

18   days leave to file a second amended complaint was granted.  Thirty days from that date have now

19   passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the

20   court's order.

21        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23        These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, plaintiff may file written objections

26   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

27   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

28   ////

                                          1

1   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2   (9th Cir. 1991).

3   Dated:  June 6, 2014

4

5   /tomb1341.fta

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2